UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO,
Plaintiff,

CASE NO. 1:24-cv-24230-DPG

vs.

QUIZ HOLDINGS, LLC
a Foreign Limited Company
D/B/A QUIZNOS
Defendant,
_______________________________________________/

**JOINT NOTICE/STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez and Richard J Adams, pursuant to the Federal Rules Civil Procedure 41(a)(1)(A)(ii) files this Joint Notice/Stipulation of Voluntary Dismissal with Prejudice against Defendant, QUIZ HOLDINGS LLC All claims and counter claims by all parties are hereby dismissed with prejudice by stipulation. Each party shall bear their own attorney fees and costs.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email:info@mendezlawoffices.com
By: /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Dentons Cohen & Grigsby
Attorney for Defendant
9110 Strada Place, Mercato Dr
Suite 6200
Naples, FL 34108
786-877-7756
Email: bryan.dubon@dentons.com
By:______/s/___________________
BRYAN F. DUBON, ESQ.
FL BAR NO.: 1007943

Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 305-824-9800
Facsimile: 305-824-3868
Email: radamslaw@bellsouth.net
By: _________/s/__________________
RICHARD J. ADAMS, ESQ
FL BAR NO.: 770434

###